United States District Court
Southern District of Texas
**ENTERED**
October 09, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **REYNA ISABEL SANCHEZ REYNOSA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **Civil Case No. 4:26-CV-07886** |
| | § | |
| **RANDY TATE, BRET BRADFORD, MARKWAYNE MULLIN, TODD M LYONS and TODD BLANCHE,** | § | |
| | § | |
| | § | |
| | § | |
| **Respondents.** | § | |

**ORDER OF DISMISSAL**

Reyna Isabel Sanchez Reynosa filed a petition for writ of habeas corpus on September 17, 2026. (Dkt. No. 1). This Court ordered the Respondents to show cause why the petition should not be granted on September 21, 2026. (Dkt. No. 4). The Respondents have advised the Court that Reynosa was removed from the United States to El Salvador on September 18, 2026. (Dkt. Nos. 9, 10).

Reynosa is no longer in the custody of Respondents. "Because [Reynosa] has been removed from this country, the relief requested cannot be granted." *Hernandez Cerrato v. Sanchez*, No. 26-40091, 2026 WL 2101847, at *1 (5th Cir. July 21, 2026) (unpublished).

The case is therefore **DISMISSED AS MOOT**.

Signed on October 9, 2026.

Drew B Tipton

**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**